7/22/2026

Honorable Lewis J. Liman
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re: Srikar Alluri v. The Carlyle Group Inc., et al., No. 26-CV-03590 (LJL) — Supplemental Letter Regarding Defendant's Consent to Adjournment of Pre-Trial Conference**

Dear Judge Liman,

I write in follow-up to my letter motion filed earlier today requesting an adjournment of the pre-trial conference currently scheduled for 7/29/2026 at 2:00 PM. Since that filing, counsel for the originally named Defendant has confirmed that Defendant consents to the requested adjournment.

Accordingly, I respectfully renew my request that the pre-trial conference be adjourned to 9/12/2026, or to the first available date thereafter that is convenient for the Court, and I confirm that this request is unopposed.

I further note that the deadline for the parties to jointly submit a proposed Case Management Plan and Scheduling Order is tied to the current pre-trial conference date. Because that deadline falls before the Court has ruled on this request, and because a joint submission cannot meaningfully be prepared while the conference date and the composition of the parties remain unsettled, I respectfully request that the Case Management Plan and Scheduling Order deadline likewise be adjourned to align with any new conference date set by the Court.

I thank the Court for its consideration of this request.

Respectfully submitted,

/s/ Srikar Alluri
Srikar Alluri
Plaintiff, Pro Se
212 E 47th Street, New York, NY 10017
516-233-0380 / srikaralluri3@gmail.com

The request is GRANTED. The initial pretrial conference is rescheduled to September 14, 2026 at 11:00 a.m. in Courtroom 15C at the 500 Pearl Street Courthouse. The parties shall submit a case management plan a week in advance of the conference. The Clerk of Court is respectfully requested to close Dkt. No. 17.

Date: July 27, 2026

SO ORDERED.

LEWIS J. LIMAN
United States District Judge